# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey B. Harless<br>aka Joboy's Brew Pub<br>aka Maria Harless Joboy's Brew<br>aka Joboys Brew Pub Inc<br>Maria J. Harless<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-17008 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FITNO ARC Home LLC and index same on the master mailing list.

    Respectfully submitted,
**/s/ Kevin G. McDonald Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322