```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                           Case No. 19-17008-amc
Jeffrey B. Harless                                               Chapter 13
Maria J. Harless
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Christina            Page 1 of 1            Date Rcvd: Nov 26, 2019
                              Form ID: pdf900            Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db             +Jeffrey B. Harless,    27 E. Main Street,   Lititz, PA 17543-1926
db             +Jeffrey B. Harless,    MAILING ADDRESS,    4164 Home Town Lane,    Ravenel, SC 29470-3332
jdb            +Maria J. Harless,    27 E. Main Street,   Lititz, PA 17543-1926
jdb            +Maria J. Harless,    MAILING ADDRESS,    4164 Home Town Lane,    Ravenel, SC 29470-3332
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*          +Jeffrey B. Harless,    MAILING ADDRESS,    4164 Home Town Lane,    Ravenel, SC 29470-3332
NONE*          +Maria J. Harless,    MAILING ADDRESS,    4164 Home Town Lane,    Ravenel, SC 29470-3332
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              MICHAEL D. HESS    on behalf of Joint Debtor Maria J. Harless amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor Jeffrey B. Harless amburke7@yahoo.com
              ROBERT W. PONTZ    on behalf of Creditor    Jayfore Family Partnership BobP@bcgl-law.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
   Jeffrey B. Harless
   Maria J. Harless

Chapter 13

Debtor(s)

Bankruptcy No. 19-17008-amc

## ORDER

AND NOW, upon consideration of the Debtors' Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtors are granted an extension of time, to December 5 , 2019, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

BY THE COURT:

Date: November 26, 2019

_____
United States Bankruptcy Judge

**Michael D. Hess, Esquire**
**Burke & Hess**
**1672 Manheim Pike**
**Lancaster, PA  17601**
**Counsel for the Debtors**

**Scott F. Waterman**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue, Ste. 100**
**Reading, PA 19606**

**United States Trustee**
**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**