Certificate Number: 01401-PAE-DE-033815294

Bankruptcy Case Number: 19-17008



01401-PAE-DE-033815294

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 10, 2019</u>, at <u>7:48</u> o'clock <u>PM EST</u>, <u>Jeff B Harless</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 10, 2019</u>        By:    <u>/s/Jeremy  Lark</u>

Name:  <u>Jeremy  Lark</u>

Title:  <u>FCC Manager</u>

Certificate Number: 01401-PAE-DE-033815261

Bankruptcy Case Number: 19-17008



01401-PAE-DE-033815261

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 10, 2019</u>, at <u>7:47</u> o'clock <u>PM EST</u>, <u>Maria J Harless</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>December 10, 2019</u>        By:     <u>/s/Jeremy Lark</u>

Name:  <u>Jeremy Lark</u>

Title:   <u>FCC Manager</u>