UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
: Chapter 13
JEFFREY B. HARLESS and
MARIA J. HARLESS,
       Debtors    :    Bankruptcy No. 19-17008-amc

## ORDER

AND NOW, upon consideration of the Motion ("Motion") of Jayfore Family Partnership ("Movant") for Relief from the Automatic Stay of Section 362 of the United States Bankruptcy Code and the Stipulation of Movant and the Debtors dated as of December __, 2019 with respect thereto ("Stipulation"), it is hereby **ORDERED** that:

The Stipulation is approved in its entirety and entered of record as an Order of the Court; and

In accordance with the terms of the Stipulation, Movant is granted relief from the automatic stay of 11 U.S.C. § 362, and is granted leave to proceed to exercise its rights and remedies as a lessor of commercial real estate under applicable non-bankruptcy law including, without limitation, completion of state law eviction proceedings, recovery of complete and exclusive possession of the Leased Premises described in the Motion and disposition of personal property abandoned thereon; and

The Stay of Fed. R. Bankr. P. 4001(a)(3) is vacated and shall not apply to this Order; and

In accordance with the terms of the Stipulation, rejection of each of the Leases described in the Motion as provided under Section 365 of the Bankruptcy Code is hereby approved.

Date: 12/12/19

Ashley M. Chan,
United States Bankruptcy Judge