United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey B. Harless
Maria J. Harless
    Debtors

Case No. 19-17008-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Christina    Page 1 of 1    Date Rcvd: Dec 12, 2019
                Form ID: pdf900    Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Jeffrey B. Harless,    27 E. Main Street,    Lititz, PA 17543-1926
db             +Jeffrey B. Harless,    MAILING ADDRESS,    4164 Home Town Lane,    Ravenel, SC 29470-3332
jdb            +Maria J. Harless,    27 E. Main Street,    Lititz, PA 17543-1926
NONE           +Maria J. Harless,    MAILING ADDRESS,    4164 Home Town Lane,    Ravenel, SC 29470-3332
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*          +Jeffrey B. Harless,    MAILING ADDRESS,    4164 Home Town Lane,    Ravenel, SC 29470-3332
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:

```
              KEVIN G. MCDONALD    on behalf of Creditor    FITNO ARC Home LLC bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Joint Debtor Maria J. Harless amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor Jeffrey B. Harless amburke7@yahoo.com
              ROBERT W. PONTZ    on behalf of Creditor    Jayfore Family Partnership BobP@bcgl-law.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
: Chapter 13
JEFFREY B. HARLESS and
MARIA J. HARLESS,
       Debtors : Bankruptcy No. 19-17008-amc

## ORDER

AND NOW, upon consideration of the Motion ("Motion") of Jayfore Family Partnership ("Movant") for Relief from the Automatic Stay of Section 362 of the United States Bankruptcy Code and the Stipulation of Movant and the Debtors dated as of December __, 2019 with respect thereto ("Stipulation"), it is hereby **ORDERED** that:

The Stipulation is approved in its entirety and entered of record as an Order of the Court; and

In accordance with the terms of the Stipulation, Movant is granted relief from the automatic stay of 11 U.S.C. § 362, and is granted leave to proceed to exercise its rights and remedies as a lessor of commercial real estate under applicable non-bankruptcy law including, without limitation, completion of state law eviction proceedings, recovery of complete and exclusive possession of the Leased Premises described in the Motion and disposition of personal property abandoned thereon; and

The Stay of Fed. R. Bankr. P. 4001(a)(3) is vacated and shall not apply to this Order; and

In accordance with the terms of the Stipulation, rejection of each of the Leases described in the Motion as provided under Section 365 of the Bankruptcy Code is hereby approved.

Date: 12/12/19

Ashley M. Chan,
United States Bankruptcy Judge