**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Jeffrey B. Harless AKA Joboy's** | : | **Case No.: 19-17008** |
| **Brew Pub, AKA Maria Harless** | : | **Chapter 13** |
| **Joboy's Brew, AKA Joboys Brew** | : | **Judge Ashely M. Chan** |
| **Pub Inc** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Jeffrey B. Harless** | : | |
| **Maria J. Harless** | : | |
| **Maria J. Harless** | | |
| **Debtor(s).** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                                              Respectfully submitted,

                                                                                              /s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-000316_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Jeffrey B. Harless AKA  Joboy's** | : Case No.: 19-17008 |
| **Brew Pub, AKA  Maria Harless** | : **Chapter 13** |
| **Joboy's Brew, AKA  Joboys Brew** | : **Judge Ashely M. Chan** |
| **Pub Inc** | : * * * * * * * * * * * * * * * * * * * * * * * |
| **Jeffrey B. Harless** | : |
| **Maria J. Harless** | : |
| **Maria J. Harless** | |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA  19606

Michael D. Hess, Attorney for Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc and Jeffrey B. Harless and Maria J. Harless and Maria J. Harless, 1672 Manheim Pike, Lancaster, PA  17601-3028, amburke7@yahoo.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January  6  , 2020:

Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc, Jeffrey B. Harless, and Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  17543

Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc, Jeffrey B. Harless, and Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  29470

Maria J. Harless, 27 E. Main Street, Lititz, PA  17543

20-000316_PS

Jeffrey B. Harless AKA Joboy's Brew Pub, AKA Maria Harless Joboy's Brew, AKA Joboys Brew Pub Inc, Jeffrey B. Harless, and Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  29470

DATE:  January 6, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-000316_PS