## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jeffrey B. Harless aka Joboy's Brew Pub aka Maria Harless Joboy's Brew aka Joboys Brew Pub Inc Maria J. Harless | CHAPTER 13 |
| Debtor(s) | |
| ARC Home LLC, its successors and/or assigns | |
| Movant | |
| vs. | NO. 19-17008 PMM |
| Jeffrey B. Harless aka Joboy's Brew Pub aka Maria Harless Joboy's Brew aka Joboys Brew Pub Inc Maria J. Harless | |
| Debtor(s) | |
| Scott Waterman | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of ARC Home LLC, which was filed with the Court on or about **February 10, 2020, docket number 32**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

June 5, 2020