| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-17008-PMM**

Jeffrey B. Harless  
Maria J. Harless  
4164 HOME TOWN LANE  
RAVENEL  SC    29470

Petition Filed Date: 11/07/2019  
341 Hearing Date: 01/21/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/26/2019 | $150.00 | | 01/21/2020 | $150.00 | | 02/21/2020 | $150.00 | |
| 03/23/2020 | $150.00 | | 04/20/2020 | $150.00 | | 05/20/2020 | $150.00 | |
| 06/22/2020 | $125.00 | | 07/20/2020 | $125.00 | | | | |

**Total Receipts for the Period: $1,150.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jeffrey B. Harless | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,150.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $0.00 | Arrearages: | $100.00 |
| Paid to Trustee: | $107.20 | Total Plan Base: | $11,100.00 |
| Funds on Hand: | $1,042.80 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.