United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-17008-pmm

Jeffrey B. Harless                                                                        Chapter 13

Maria J. Harless

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Christina | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 155 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| db | + | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| jdb | + | Maria J. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| jdb | + | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | *+ | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| NONE | *+ | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KARINA VELTER | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| KEVIN G. MCDONALD | on behalf of Creditor FITNO ARC Home LLC bkgroup@kmllawgroup.com |

MICHAEL D. HESS
       on behalf of Debtor Jeffrey B. Harless amburke7@yahoo.com

MICHAEL D. HESS
       on behalf of Joint Debtor Maria J. Harless amburke7@yahoo.com

PAUL C. BAMETZREIDER
       on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com

REBECCA ANN SOLARZ
       on behalf of Creditor ARC Home LLC bkgroup@kmllawgroup.com

ROBERT W. PONTZ
       on behalf of Creditor Jayfore Family Partnership BobP@bcgl-law.com

SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeffrey B. Harless and Maria J. Harless

                Debtor(s)                                            Chapter: 13

                                                                      Bankruptcy No: 19−17008−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this 8th day of October, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Patricia M. Mayer
                                              Judge ,
                                              United States Bankruptcy Court