United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-17008-pmm

Jeffrey B. Harless                                                                       Chapter 13

Maria J. Harless

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: Adminstra                                    Page 1 of 2

Date Rcvd: Dec 17, 2020                         Form ID: trc                                      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14451643 | Email/Text: cashiering-administrationservices@flagstar.com | Dec 18 2020 05:04:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KARINA VELTER | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| KEVIN G. MCDONALD | on behalf of Creditor FITNO ARC Home LLC bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | on behalf of Debtor Jeffrey B. Harless amburke7@yahoo.com |
| MICHAEL D. HESS | on behalf of Joint Debtor Maria J. Harless amburke7@yahoo.com |
| PAUL C. BAMETZREIDER | on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com |
| REBECCA ANN SOLARZ | on behalf of Creditor ARC Home LLC bkgroup@kmllawgroup.com |

District/off: 0313-4                     User: Adminstra                          Page 2 of 2
Date Rcvd: Dec 17, 2020                  Form ID: trc                        Total Noticed: 1

ROBERT W. PONTZ
                    on behalf of Creditor Jayfore Family Partnership BobP@bcgl-law.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-17008-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey B. Harless
27 E. Main Street
Lititz PA 17543

Maria J. Harless
27 E. Main Street
Lititz PA 17543

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/14/2020.

Name and Address of Alleged Transferor(s):

Claim No. 10: Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098

Name and Address of Transferee:

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/19/20

Tim McGrath
**CLERK OF THE COURT**