UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  JEFFREY B. HARLESS<br>MARIA J. HARLESS<br>　　　　　　　　　　　　Debtor<br><br>**Truist Bank**<br>　　　　　　　　　　　　Movant<br>v.<br><br>**Maria J. Harless**<br>**Jennifer Moore**<br>　　　　　　　　　　　　Respondents | BANKRUPTCY CASE<br><br>NO.: 19-17008<br><br>CHAPTER 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

　　　Truist Bank has filed a Motion for Relief from the Automatic Stay with the court seeking to permit Movant to take the necessary action to exercise its rights and remedies with respect to the 2016 Jeep Wrangler VIN #1C4BJWDG3GL298584
　　　**Your rights may be affected.**　You should read these papers carefully and **discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney.)**

1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **January 14, 2021** you or your attorney must do all of the following:

　　(a)　　file an answer explaining your position at: Clerk's Office, U.S. Bankruptcy Court for the Eastern District of Pennsylvania, United States Bankruptcy Court, the Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601

　　If you mail your answer to the bankruptcy court's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　(b)　　mail a copy to the movant's attorney

　　　　　　Peter E. Meltzer, Esquire
　　　　　　**Weber Gallagher**
　　　　　　2000 Market Street, 13th Floor
　　　　　　Philadelphia, PA 19103
　　　　　　Phone No.: 267-295-3363
　　　　　　Fax No.: 215-564-7699

　　　If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

1

2.     A hearing on the motion is scheduled to be held before the Honorable Judge Patricia M. Mayer telephonically at **9:00 a.m. on January 19, 2021**, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601

3.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you request a copy from the attorney named in paragraph 1(b).

4.     You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   December 24, 2020