**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  JEFFREY B. HARLESS<br>       MARIA J. HARLESS<br>                                  **Debtor**<br><br>**Truist Bank**<br>                                  **Movant**<br>     v.<br><br>**Maria J. Harless**<br>**Jennifer Moore**<br>                                  **Respondents** | BANKRUPTCY CASE<br><br>NO.: 19-17008<br><br>CHAPTER 13 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this  19th  day of   January   , 2021, upon consideration of the Motion of Truist Bank ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) and relief from co-debtor stay pursuant to 11 U.S.C. Section 1301(c)(3), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to repossess and sell that certain 2016 Jeep Wrangler, VIN 1C4BJWDG3GL298584.

ORDERED that this Order shall also be applicable to Jennifer Moore under Section 1301(c)(3) of the Bankruptcy Code.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

*/s/ Patricia M. Mayer/*
Patricia M. Mayer, U.S.B.J.