United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17008-pmm |
| Jeffrey B. Harless | Chapter 13 |
| Maria J. Harless | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| db | + | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| jdb | + | Maria J. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| NONE | + | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | *+ | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021                    Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KARINA VELTER | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor FITNO ARC Home LLC bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | |
| | on behalf of Joint Debtor Maria J. Harless amburke7@yahoo.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 4 |

MICHAEL D. HESS
    on behalf of Debtor Jeffrey B. Harless amburke7@yahoo.com

PAUL C. BAMETZREIDER
    on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com  edonohue@reillywolfson.com

PETER E. MELTZER
    on behalf of Creditor Truist Bank bankruptcy@wglaw.com  ibernatski@wglaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor ARC Home LLC bkgroup@kmllawgroup.com

ROBERT W. PONTZ
    on behalf of Creditor Jayfore Family Partnership BobP@bcgl-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  JEFFREY B. HARLESS<br>        MARIA J. HARLESS<br>                        **Debtor**<br><br>**Truist Bank**<br>                        **Movant**<br>    v.<br><br>**Maria J. Harless**<br>**Jennifer Moore**<br>                        **Respondents** | BANKRUPTCY CASE<br><br>NO.: 19-17008<br><br>CHAPTER 13 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this  19th  day of   January   , 2021, upon consideration of the Motion of Truist Bank ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) and relief from co-debtor stay pursuant to 11 U.S.C. Section 1301(c)(3), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to repossess and sell that certain 2016 Jeep Wrangler, VIN 1C4BJWDG3GL298584.

ORDERED that this Order shall also be applicable to Jennifer Moore under Section 1301(c)(3) of the Bankruptcy Code.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

_Patricia M. Mayer_
Patricia M. Mayer, U.S.B.J.