**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | |
| **Jeffrey B. Harless AKA  Joboy's** : | Case No.: 19-17008 |
| **Brew Pub, AKA  Maria Harless** : | Chapter 13 |
| **Joboy's Brew, AKA  Joboys Brew** : | Judge Patricia M. Mayer |
| **Pub Inc** : | * * * * * * * * * * * * * * * * * * * * * * * * |
| **Jeffrey B. Harless** : | |
| **Maria J. Harless** : | |
| **Maria J. Harless** | |
| | |
| Debtor(s). | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

20-000316_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-17008** |
| **Jeffrey B. Harless AKA  Joboy's Brew** : | **Chapter 13** |
| **Pub, AKA  Maria Harless Joboy's Brew,** : | **Judge Patricia M. Mayer** |
| **AKA  Joboys Brew Pub Inc** : | * * * * * * * * * * * * * * * * * * * |
| **Jeffrey B. Harless** | |
| **Maria J. Harless** | |
| **Maria J. Harless** | |
| | |
| **Debtor(s)** | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Jeffrey B. Harless AKA  Joboy's Brew** : | |
| **Pub, AKA  Maria Harless Joboy's Brew,** : | |
| **AKA  Joboys Brew Pub Inc** : | |
| **Jeffrey B. Harless** | |
| **Maria J. Harless** | |
| **Maria J. Harless** | |

**Scott F. Waterman**

          **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

Michael D. Hess, Attorney for Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc and Jeffrey B. Harless and Maria J. Harless and Maria J. Harless, 1672 Manheim Pike, Lancaster, PA  17601-3028, amburke7@yahoo.com

20-000316_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 10, 2021:

Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc, Jeffrey B. Harless, and Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  17543

Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc, Jeffrey B. Harless, and Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  29470

Maria J. Harless, 27 E. Main Street, Lititz, PA  17543

Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc, Jeffrey B. Harless, and Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  29470


DATE: March 10, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-000316_PS