UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jeffrey B. Harless : CASE NO: 19-17008-pmm
Maria J. Harless :
aka Joyboy's Brew Pub : CHAPTER 13
aka Maria Harless Joboy's Brew :
aka Joyboy's Brew Pub Inc. :
:
DEBTORS

## O R D E R

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by Debtor's Counsel Michael D. Hess, Esq., of Burke & Hess, (the "Applicant) and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $8,417.00 and reimbursement of expenses of $91.79;

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed amounts set forth in ¶2 less $2,690.00 which was paid by the Debtor prepetition to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

5/5/21

_____          _____
Date                              PATRICIA M. MAYER
                                  U.S. BANKRUPTCY JUDGE