United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey B. Harless  
Maria J. Harless  
    Debtors

Case No. 19-17008-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: May 05, 2021     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| db | + | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| jdb | + | Maria J. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| jdb | + | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | *+ | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| NONE | *+ | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

**Name**      **Email Address**  
KEVIN G. MCDONALD  
     on behalf of Creditor FITNO ARC Home LLC bkgroup@kmllawgroup.com

MICHAEL D. HESS  
     on behalf of Debtor Jeffrey B. Harless amburke7@yahoo.com

MICHAEL D. HESS

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Joint Debtor Maria J. Harless amburke7@yahoo.com

PAUL C. BAMETZREIDER

on behalf of Creditor Jonestown Bank & Trust Co. paulb@reillywolfson.com edonohue@reillywolfson.com

PETER E. MELTZER

on behalf of Creditor Truist Bank bankruptcy@wglaw.com ibernatski@wglaw.com

REBECCA ANN SOLARZ

on behalf of Creditor ARC Home LLC bkgroup@kmllawgroup.com

ROBERT W. PONTZ

on behalf of Creditor Jayfore Family Partnership BobP@bcgl-law.com

SARAH ELISABETH BARNGROVER

on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jeffrey B. Harless : CASE NO: 19-17008-pmm
Maria J. Harless :
aka Joyboy's Brew Pub : CHAPTER 13
aka Maria Harless Joboy's Brew :
aka Joyboy's Brew Pub Inc. :
　 :
　　DEBTORS

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by Debtor's Counsel Michael D. Hess, Esq., of Burke & Hess, (the "Applicant) and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $8,417.00 and reimbursement of expenses of $91.79;

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed amounts set forth in ¶2 less $2,690.00 which was paid by the Debtor prepetition to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

*Patricia M. Mayer*

5/5/21

_____        _____
Date                                PATRICIA M. MAYER
                                    U.S. BANKRUPTCY JUDGE