## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Maria J. Harless** | : | Case No.: 19-17008 |
| **Maria J. Harless** | : | Chapter 13 |
| **Jeffrey B. Harless** | : | **Judge Patricia M. Mayer** |
| **Jeffrey B. Harless AKA Joboy's** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Brew Pub, AKA Maria Harless** | : | |
| **Joboy's Brew, AKA Joboys Brew** | : | |
| **Pub Inc** | | |
| | | |
| Debtor(s). | | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

20-000316_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-17008** |
| **Maria J. Harless** : | **Chapter 13** |
| **Maria J. Harless** : | **Judge Patricia M. Mayer** |
| **Jeffrey B. Harless** : | *** * * * * * * * * * * * * * * * * * *** |
| **Jeffrey B. Harless AKA Joboy's Brew Pub, AKA Maria Harless Joboy's Brew, AKA Joboys Brew Pub Inc** | |
| **Debtor(s)** : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Maria J. Harless** : | |
| **Maria J. Harless** : | |
| **Jeffrey B. Harless** : | |
| **Jeffrey B. Harless AKA Joboy's Brew Pub, AKA Maria Harless Joboy's Brew, AKA Joboys Brew Pub Inc** | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Michael D. Hess, Attorney for Maria J. Harless and Maria J. Harless and Jeffrey B. Harless and Jeffrey B. Harless AKA Joboy's Brew Pub, AKA Maria Harless Joboy's Brew, AKA Joboys Brew Pub Inc, 1672 Manheim Pike, Lancaster, PA 17601-3028, amburke7@yahoo.com

20-000316_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 13, 2021:

Maria J. Harless, Jeffrey B. Harless, and Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  29470

Maria J. Harless, 27 E. Main Street, Lititz, PA  17543

Maria J. Harless, Jeffrey B. Harless, and Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  29470

Maria J. Harless, Jeffrey B. Harless, and Jeffrey B. Harless AKA  Joboy's Brew Pub, AKA  Maria Harless Joboy's Brew, AKA  Joboys Brew Pub Inc, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC  17543

DATE: September 13, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-000316_PS