| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17008-PMM**

Jeffrey B. Harless
Maria J. Harless
4164 HOME TOWN LANE
RAVENEL  SC    29470

Petition Filed Date: 11/07/2019
341 Hearing Date: 01/21/2020
Confirmation Date: 10/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $200.00 | | 05/21/2021 | $200.00 | | 06/21/2021 | $200.00 | |
| 07/20/2021 | $200.00 | | 08/23/2021 | $200.00 | | 09/20/2021 | $200.00 | |
| 10/20/2021 | $200.00 | | 11/22/2021 | $200.00 | | 12/20/2021 | $200.00 | |
| 01/24/2022 | $200.00 | | 02/22/2022 | $200.00 | | 03/21/2022 | $200.00 | |
| 04/20/2022 | $200.00 | | 05/20/2022 | $200.00 | | 06/21/2022 | $200.00 | |
| 07/21/2022 | $200.00 | | | | | | | |

**Total Receipts for the Period: $3,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BURKE & HESS | Attorney Fees | $4,810.00 | $4,810.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF<br>»» 001 | Unsecured Creditors | $25,480.56 | $0.00 | $25,480.56 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $13,257.47 | $0.00 | $13,257.47 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $20,427.00 | $0.00 | $20,427.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $20,000.00 | $0.00 | $20,000.00 |
| 6 | STATE FARM BANK FSB<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UGI UTILITIES INC<br>»» 007 | Unsecured Creditors | $430.80 | $0.00 | $430.80 |
| 8 | JPMORGAN CHASE BANK, NA<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BRANCH BANKING & TRUST CO<br>»» 009 | Secured Creditors | $25.47 | $0.00 | $25.47 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»» 010 | Mortgage Arrears | $1,783.39 | $355.23 | $1,428.16 |
| 11 | JAYFORE FAMILY LIMITED PARTNERSHIP<br>»» 011 | Unsecured Creditors | $359,672.28 | $0.00 | $359,672.28 |
| 12 | US FOODS, INC.<br>»» 012 | Unsecured Creditors | $14,260.22 | $0.00 | $14,260.22 |
| 13 | JONESTOWN BANK & TRUST CO<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17008-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,650.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $5,165.23 | Arrearages: | $50.00 |
| Paid to Trustee: | $479.70 | Total Plan Base: | $11,100.00 |
| Funds on Hand: | $5.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.