| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-17008-PMM

Jeffrey B. Harless
Maria J. Harless
4164 HOME TOWN LANE
RAVENEL  SC    29470

Petition Filed Date: 11/07/2019
341 Hearing Date: 01/21/2020
Confirmation Date: 10/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $200.00 | | 09/20/2022 | $200.00 | | 10/20/2022 | $200.00 | |
| 11/21/2022 | $200.00 | | 12/20/2022 | $200.00 | | 01/23/2023 | $200.00 | |
| 02/21/2023 | $200.00 | | 03/20/2023 | $200.00 | | 04/20/2023 | $200.00 | |
| 05/22/2023 | $200.00 | | 06/21/2023 | $200.00 | | 07/20/2023 | $200.00 | |

**Total Receipts for the Period:  $2,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BURKE & HESS | Attorney Fees | $4,810.00 | $4,810.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF<br>»»  001 | Unsecured Creditors | $25,480.56 | $42.89 | $25,437.67 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  002 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $13,257.47 | $22.32 | $13,235.15 |
| 4 | CHASE BANK USA NA<br>»»  004 | Unsecured Creditors | $20,427.00 | $34.38 | $20,392.62 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $20,000.00 | $33.67 | $19,966.33 |
| 6 | STATE FARM BANK FSB<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UGI UTILITIES INC<br>»»  007 | Unsecured Creditors | $430.80 | $0.00 | $430.80 |
| 8 | JP MORGAN CHASE BANK NA<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BRANCH BANKING & TRUST CO<br>»»  009 | Secured Creditors | $10.04 | $10.04 | $0.00 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»»  010 | Mortgage Arrears | $1,783.39 | $1,783.39 | $0.00 |
| 11 | JAYFORE FAMILY LIMITED PARTNERSHIP<br>»»  011 | Unsecured Creditors | $359,672.28 | $605.51 | $359,066.77 |
| 12 | US FOODS, INC.<br>»»  012 | Unsecured Creditors | $14,260.22 | $24.01 | $14,236.21 |
| 13 | JONESTOWN BANK & TRUST CO<br>»»  013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-17008-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,050.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $7,366.21 | Arrearages: | $250.00 |
| Paid to Trustee: | $679.70 | Total Plan Base: | $11,100.00 |
| Funds on Hand: | $4.09 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.