B2830 (Form 2830)

## L.B.F. 4004-3B

### UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

In re Maria J Harless                    Case No. 19-17008
                  Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

❏   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:

_____

_____

My current employer and my employer's address:

_____

_____

B2830 (Form 2830)

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒
(1)    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law
in property that I or a dependent of mine uses as a residence, claims as a
homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds $189,050* in value in the aggregate.

❏    I have claimed an exemption in property pursuant to § 522(b)(3) and state or
local law (1) that I or a dependent of mine uses as a residence, claims as a homestead,
or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds
$189,050* in value in the aggregate.

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these
certifications is true and correct to the best of my knowledge and belief.

Executed on __8/4/2024__                    _Marie Jotheul_
            Date                            Debtor

*\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases
commenced on or after the date of adjustment.*