**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **IN RE:**<br>**JEFFREY B HARLESS**<br>**MARIA J HARLESS**<br>        **DEBTOR** | **CASE NO. 19-17008-pmm**<br>**CHAPTER 13** |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

NAME:   FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:   04/29/2024

OLD NOTICE ADDRESS:   10500 Kincaid Drive, Suite 300
Fishers, IN 46037-9764

NEW NOTICE ADDRESS:   11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:   10500 Kincaid Drive, Suite 300
Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:   11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-9739

Dated: August 22, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-9739
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **IN RE:**<br>**JEFFREY B HARLESS**<br>**MARIA J HARLESS**<br>　　　　**DEBTOR** | **CASE NO. 19-17008-pmm**<br>**CHAPTER 13** |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

MICHAEL D. HESS
BURKE & HESS
1672 Manheim Pike
Lancaster PA 17601-3028
*Counsel for Debtor*

SCOTT F. WATERMAN (CHAPTER 13)
2901 St Lawrence Ave Ste 100
Reading PA 19606-2265
*Chapter 13 Trustee*

JEFFREY B HARLESS
MARIA J HARLESS
27 E Main St
Lititz PA 17543-1926
*Debtor*

This 22nd Day of August, 2024

　　　　　　　　　　　　　　*/s/Lorri Beltz*
　　　　　　　　　　　　　　Lorri Beltz, Vice President, Default
　　　　　　　　　　　　　　Freedom Mortgage Corporation
　　　　　　　　　　　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　Fishers, IN 46037-9739
　　　　　　　　　　　　　　Telephone: (855) 690-5900
　　　　　　　　　　　　　　E-Mail: Bankruptcy@FreedomMortgage.com