| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-17008-PMM

Jeffrey B. Harless  
Maria J. Harless  
4164 HOME TOWN LANE  
RAVENEL  SC    29470  

Petition Filed Date: 11/07/2019  
341 Hearing Date: 01/21/2020  
Confirmation Date: 10/08/2020

Case Status: Completed on 8/15/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $200.00 | | 09/20/2023 | $200.00 | | 10/23/2023 | $200.00 | |
| 11/21/2023 | $200.00 | | 12/20/2023 | $200.00 | | 01/23/2024 | $200.00 | |
| 02/21/2024 | $200.00 | | 03/20/2024 | $200.00 | | 04/22/2024 | $200.00 | |
| 05/20/2024 | $200.00 | | 06/21/2024 | $200.00 | | 07/22/2024 | $200.00 | |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BURKE & HESS | Attorney Fees | $4,810.00 | $4,810.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF<br>»»  001 | Unsecured Creditors | $25,480.56 | $196.67 | $25,283.89 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  002 | Unsecured Creditors | $2,000.00 | $15.44 | $1,984.56 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $13,257.47 | $102.33 | $13,155.14 |
| 4 | CHASE BANK USA NA<br>»»  004 | Unsecured Creditors | $20,427.00 | $157.63 | $20,269.37 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $20,000.00 | $154.35 | $19,845.65 |
| 6 | STATE FARM BANK FSB<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UGI UTILITIES INC<br>»»  007 | Unsecured Creditors | $430.80 | $0.00 | $430.80 |
| 8 | JP MORGAN CHASE BANK NA<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BRANCH BANKING & TRUST CO<br>»»  009 | Secured Creditors | $10.04 | $10.04 | $0.00 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»»  010 | Mortgage Arrears | $1,783.39 | $1,783.39 | $0.00 |
| 11 | JAYFORE FAMILY LIMITED PARTNERSHIP<br>»»  011 | Unsecured Creditors | $359,672.28 | $2,776.07 | $356,896.21 |
| 12 | US FOODS, INC.<br>»»  012 | Unsecured Creditors | $14,260.22 | $110.06 | $14,150.16 |
| 13 | JONESTOWN BANK & TRUST CO<br>»»  013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | BLUE RIDGE COMMUNICATIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17008-PMM**

| 16 | CHARIS INSURANCE GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | DMX/MOOD MEDIA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | EASTERN ALLIANCE INSURANCE GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | KEG LOGISTICS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | LANCASTER COUNTY WEEKLIES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | NCR CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | NUCO2 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | PPL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,100.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $10,115.98 | Arrearages: | $0.00 |
| Paid to Trustee: | $980.70 | Total Plan Base: | $11,100.00 |
| Funds on Hand: | $3.32 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.