United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17008-pmm |
| Jeffrey B. Harless | Chapter 13 |
| Maria J. Harless | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| db | + | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| jdb | + | Maria J. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| jdb | + | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| 14612800 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14418286 | | Blue Ridge Communications, PO Box 316, Palmerton, PA 18071-0316 |
| 14418288 | + | Charis Insurance Group, 27-31 East Main Street, PO Box 659, Lititz, PA 17543-0659 |
| 14418294 | + | DMX/MOOD Media, 2100 S. IH 35, Suite 200, Austin, TX 78704-9919 |
| 14418295 | + | Eastern Alliance Insurance Group, 25 Race Avenue, Lancaster, PA 17603-3179 |
| 14431647 | + | FITNO ARC Home LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14612915 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14568962 | +++ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14418296 | + | Jayfore Family LP, c/o Robert W. Pontz, Esquire, 480 New Holland Avenue, Suite 6205, Lancaster, PA 17602-2227 |
| 14451916 | + | Jayfore Family Partnership,, a/k/a Jayfore Family Limited Partnership, 48 Smithtown Road, Pipersville, PA 18947-9334 |
| 14418297 | | Jennifer A. Moore, 16 Forest Hill Road, Leola, PA 17540-1203 |
| 14418298 | + | Jonestown Bank, PO Box 717, Jonestown, PA 17038-0717 |
| 14448303 | | Jonestown Bank & Trust Co., 1725 Route 72 North, Lebanon, PA 17046 |
| 14457446 | + | Jonestown Bank & Trust Co., c/o Paul C. Bemetzreider, Esq, 1601 Cornwall Road, Lebanon, PA 17042-7406 |
| 14418300 | | Lancaster County Weeklies, Inc., PO Box 829731, Philadelphia, PA 19182-9731 |
| 14418302 | | NCR Corporation, PO Box 198755, Atlanta, GA 30384-8755 |
| 14418303 | + | NuCO2, PO Box 9011, Stuart, FL 34995-9011 |
| 14418308 | | US Foods, 814 Industrial Blvd., Breinigsville, PA 18031 |
| 14452631 | + | US Foods, Inc., CST Co., 2007 Lake Point Way, Louisville, KY 40223-4221 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 24 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14418285 | + | Email/Text: bankruptcy@bbandt.com | Sep 24 2024 23:58:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 14448515 | + | Email/Text: bankruptcy@bbandt.com | Sep 24 2024 23:58:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14418287 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:28 | Care Credit, PO Box 960061, Orlando, FL |

Case 19-17008-pmm   Doc 79   Filed 09/26/24   Entered 09/27/24 00:36:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-0061 |
| 14418291 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:48 | Citi Card, P O Box 6500, Sioux Falls, SD 57117-6500 |
| 14418292 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:08 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14418293 | + | Email/Text: mrdiscen@discover.com | Sep 24 2024 23:58:00 | Discover, P O Box 71084, Charlotte, NC 28272-1084 |
| 14422141 | | Email/Text: mrdiscen@discover.com | Sep 24 2024 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14451643 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 24 2024 23:59:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14612801 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 24 2024 23:58:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14422041 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14418289 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2024 00:08:44 | Chase Auto Finance, PO Box 78068, Phoenix, AZ 85062-8068 |
| 14418290 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2024 00:08:01 | Chase Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14448382 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2024 00:08:01 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14431437 | + | Email/Text: RASEBN@raslg.com | Sep 24 2024 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14447974 | | Email/Text: amps@manleydeas.com | Sep 24 2024 23:58:00 | JPMorgan Chase Bank, N.A., c/o Karina Velter, Esquire, Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14418299 | + | Email/Text: rselim@keglogistics.com | Sep 24 2024 23:58:00 | Keg Logistics, 9110 East Nichols Avenue, Suigte 105, Centennial, CO 80112-3450 |
| 14418306 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 24 2024 23:58:00 | State Farm Bank, PO Box 3299, Milwaukee, WI 53201-3299 |
| 14444705 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 24 2024 23:58:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14437611 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418301 | | Email/Text: EBN@Mohela.com | Sep 24 2024 23:58:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14420797 | | Email/Text: EBN@Mohela.com | Sep 24 2024 23:58:00 | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14418304 | ^ | MEBN | Sep 24 2024 23:54:42 | PP&L, 2 North 9th Street, Allentown, PA 18101-1139 |
| 14418305 | | Email/Text: bkteam@selenefinance.com | Sep 24 2024 23:58:00 | Selene Finance, 9990 Richmond, Suite 400, Houston, TX 77042-4546 |
| 14418307 | | Email/Text: bkrcy@ugi.com | Sep 24 2024 23:59:00 | UGI, PO Box 13009, Reading, PA 19612-3009 |
| 14446129 | | Email/Text: bkrcy@ugi.com | Sep 24 2024 23:59:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 27

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | *+ | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| NONE | *+ | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor ARC Home LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor FITNO ARC Home LLC bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | on behalf of Debtor Jeffrey B. Harless kortiz739@yahoo.com |
| MICHAEL D. HESS | on behalf of Joint Debtor Maria J. Harless kortiz739@yahoo.com |
| PAUL C. BAMETZREIDER | on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com  dhiggins-king@barley.com |
| PETER E. MELTZER | on behalf of Creditor Truist Bank bankruptcy@wglaw.com  ibernatski@wglaw.com |
| ROBERT W. PONTZ | on behalf of Creditor Jayfore Family Partnership bpontz@saxtonstump.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138OBJ* (6/24)–doc 78 – 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Jeffrey B. Harless ) | Case No. 19−17008−pmm |
|    aka Joboy's Brew Pub ) | |
|    aka Maria Harless Joboy's Brew ) | |
|    aka Joboys Brew Pub Inc ) | Chapter: 13 |
| ) | |
|    Maria J. Harless ) | |
| | |
|  Debtor(s). | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 24, 2024                                       For The Court

                                                                                                      Timothy B. McGrath
                                                                                                      Clerk of Court