United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17008-pmm |
| Jeffrey B. Harless | Chapter 13 |
| Maria J. Harless | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 27, 2024 | Form ID: 138FIN | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| db | + | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| jdb | + | Maria J. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| jdb | + | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 27 2024 23:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 27 2024 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | *+ | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| NONE | *+ | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024                    Signature:        /s/Gustava Winters

Case 19-17008-pmm  Doc 86  Filed 11/29/24  Entered 11/30/24 00:35:53  Desc Imaged
Certificate of Notice  Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: 138FIN | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor ARC Home LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor FITNO ARC Home LLC bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | on behalf of Debtor Jeffrey B. Harless kortiz739@yahoo.com |
| MICHAEL D. HESS | on behalf of Joint Debtor Maria J. Harless kortiz739@yahoo.com |
| PAUL C. BAMETZREIDER | on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com dhiggins-king@barley.com |
| PETER E. MELTZER | on behalf of Creditor Truist Bank bankruptcy@wglaw.com ibernatski@wglaw.com |
| ROBERT W. PONTZ | on behalf of Creditor Jayfore Family Partnership bpontz@saxtonstump.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138FIN* (6/24)–doc 85 – 84

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Jeffrey B. Harless )<br>   aka Joboy's Brew Pub )<br>   aka Maria Harless Joboy's Brew )<br>   aka Joboys Brew Pub Inc )<br>   )<br>   Maria J. Harless )<br>      Debtor(s). | Case No. 19−17008−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: November 27, 2024

For The Court

Timothy B. McGrath
Clerk of Court