United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-17008-pmm
Jeffrey B. Harless     Chapter 13
Maria J. Harless
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Dec 30, 2024     Form ID: 195     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| db | + | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| jdb | + | Maria J. Harless, 27 E. Main Street, Lititz, PA 17543-1926 |
| jdb | + | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | *+ | Jeffrey B. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |
| NONE | *+ | Maria J. Harless, MAILING ADDRESS, 4164 Home Town Lane, Ravenel, SC 29470-3332 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: 195 | Total Noticed: 4 |

DENISE ELIZABETH CARLON
    on behalf of Creditor ARC Home LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor FITNO ARC Home LLC bkgroup@kmllawgroup.com

MICHAEL D. HESS
    on behalf of Debtor Jeffrey B. Harless kortiz739@yahoo.com

MICHAEL D. HESS
    on behalf of Joint Debtor Maria J. Harless kortiz739@yahoo.com

PAUL C. BAMETZREIDER
    on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com dhiggins-king@barley.com

PETER E. MELTZER
    on behalf of Creditor Truist Bank bankruptcy@wglaw.com ibernatski@wglaw.com

ROBERT W. PONTZ
    on behalf of Creditor Jayfore Family Partnership bpontz@saxtonstump.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Jeffrey B. Harless and Maria J. Harless  : Case No. 19−17008−pmm
    Debtor(s)

## *ORDER*
_____

AND NOW, this day , December 30, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

87
Form 195